*Mr. R. Lewis Brown, Mr. Earl N. Genzberger* and *Messrs. Emigh & Murray,* for Respondents.

No. 9,031.—STATE ex Rel. BILLINGS HOUSING AUTHORITY, Relator, *v.* CITY OF BILLINGS et al., Respondents.

Decided July 8, 1940.

PER CURIAM.—It is ordered that this proceeding be dismissed on motion of counsel for relator.

*Mr. Grover Cisel, Mr. C. E. Snell, Mr. Lester H. Loble, Mr. Hugh R. Adair* and *Mr. E. R. Cook,* for Relator.